# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE DEAN CRAWFORD,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>SAN DIEGO CITY COMMUNITY COLLEGE, et al.,<br><br>　　　　　　　　　　Defendants. | CASE NO. 18cv0831<br><br>**ORDER EXTENDING DEADLINE TO AMEND; AND**<br><br>**ORDER DIRECTING CLERK TO RESEND NOTICE TO PLAINTIFF** |

On July 31, the Court granted Plaintiff Joe Dean Crawford's motion to proceed *in forma pauperis*, then screened and dismissed his complaint without prejudice. Crawford was ordered, if he believed he could successfully amend his complaint, to do so by August 17, 2018. If he did not do so, or if his amended complaint did not state a claim, he was cautioned that this action was subject to dismissal without further notice to him.p

On August 14, the mailed notice of the Court's July 31 order was returned as undeliverable.

A review of the docket shows Crawford used several different addresses. An exhibit attached to his complaint gives his address as 1140 Wall Street, Unit 2903 in La Jolla, and that is the address the Clerk's office used to notify him. But other documents he filed show

- 1 -

1  that this is not an apartment complex; rather, it is a box in the La Jolla post office. (*See*
2  Docket no. 1 at 5.)   As such, his mail probably should have been addressed to P.O. Box
3  2903, La Jolla, CA 92037.  His motion to appoint counsel is almost the same, but gives a
4  P.O. Box 2901. (*See* Docket no. 3 at 2.)

In the interest of deciding this case on the merits if possible, the Court *sua sponte* grants an extension of time for Crawford to file his amended complaint.  He must file an amended complaint as ordered, no later than **Wednesday, September 5, 2018**.  The amended complaint must actually be received and docketed by that date, not merely mailed or postmarked.  If Crawford fails to file an amended complaint within the time permitted, or if his amended complaint fails to state a claim, this action may be dismissed without further notice to him.

Crawford is directed to review Civil Local Rule 83.11(b), which requires that he provide the Court with his current address, and warns him of the consequences of failing to do so.

The Clerk is directed to mail Crawford a copy of the Court's July 31 order as well as a copy of this order to Crawford at the two other addresses he provided:  P.O. Box 2903, La Jolla, CA 92037 *and* P.O. Box 2901, La Jolla, CA 92037.

**IT IS SO ORDERED**.

Dated: August 21, 2018

_____
**HONORABLE LARRY ALAN BURNS**
United States District Judge