

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Joe Dean Crawford | Civil Action No.  18cv0831-LAB-KSC |
| Plaintiff, | |
| V. | |
| (See Attachment) | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

This action is dismissed without prejudice.

Date:  9/21/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Taylor
J. Taylor, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.**  18cv0831-LAB-KSC

Defendants: San Diego City Community College; San Diego City Community College District; Board of Trustees (Maria Nieto Senour, Bernie Rhinerson, Mary Graham, Rich Grosch, Peter Zschiesche, Constance M. Carroll); Miramar College; Mesa College; Maria Nieto Senour, Individually, Privately, and Severally in their Official Capacities; Bernie Rhinerson, Individually, Privately, and Severally in their Official Capacities; Mary Graham, Individually, Privately, and Severally in their Official Capacities; Rich Grosch, Individually, Privately, and Severally in their Official Capacities; Peter Zschiesche, Individually, Privately, and Severally in their Official Capacities; Constance M. Carroll, Individually, Privately, and Severally in their Official Capacities